# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Billy Lee Lisenby,

       Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                 3:05-cv-54-2

George Currie,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/5/05 Order.

**Signed: August 9, 2005**

Frank G. Johns, Clerk
United States District Court